# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cornelius Tucker, Jr.,

    Plaintiff(s),

vs.

Dr. Dawkins, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-49-1

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/22/2008 Order.

Signed: February 22, 2008

Frank G. Johns, Clerk
United States District Court